# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSHUA WALTER NEALL<br>JENNIFER JANE NEALL<br>　　　　Debtor(s) | Case No. 15-10874TPA |
| RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>　　　　Movant | Chapter 13 |
| 　　　　vs.<br>LAKEVIEW LOAN SERVICING LLC<br>　　　　Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

　　The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9175.

　　Regular mortgage payments are currently being directed to the following creditor at the following address:

　　　　LAKEVIEW LOAN SERVICING LLC
　　　　C/O CENLAR LOAN ADMINISTRATION
　　　　ATTN BANKRUPTCY*
　　　　PO BOX 77409
　　　　EWING,NJ 08628

　　Movant has been requested to send payments to:
　　　　M & T BANK
　　　　WASHINGTON BLVD MONTGOMERY PARK
　　　　FLOOR 8
　　　　BALTIMORE MD 21231

　　The Chapter 13 Trustee's CID Records of LAKEVIEW LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

　　The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/14/2018.

|  |  |
|---|---|
| cc: | Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel |

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JOSHUA WALTER NEALL, JENNIFER JANE NEALL, 2104 ROUTE 957, RUSSELL, PA  16345 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |
| :<br>CENLAR FSB**, 425 PHILLIPS BLVD, EWING, NJ  08628 | ORIGINAL CREDITOR'S COUNSEL:<br>ANN E SWARTZ ESQ, MCCABE WEISBERG & CONWAY PC, 123 S BROAD ST STE 1400, PHILADELPHIA, PA  19109 |
| ORIGINAL CREDITOR:<br>LAKEVIEW LOAN SERVICING LLC, C/O CENLAR LOAN ADMINISTRATION, ATTN BANKRUPTCY*, PO BOX 77409, EWING, NJ  08628 | |
| NEW CREDITOR:<br>M & T BANK<br>WASHINGTON BLVD MONTGOMERY PARK<br>FLOOR 8<br>BALTIMORE MD 21231 | |