**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-10874-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joshua Walter Neall<br>2104 Route 957<br>Russell PA 16345 | Jennifer Jane Neall<br>2104 Route 957<br>Russell PA 16345 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: Lakeview Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/22/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joshua Walter Neall
Jennifer Jane Neall
    Debtors

Case No. 15-10874-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Nov 20, 2018
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
14166812      +Lakeview Loan Servicing, LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:

        Alexandra Teresa Garcia   on behalf of Creditor   Lakeview Loan Servicing, LLC
         ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
        Ann E. Swartz   on behalf of Creditor   Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        Celine P. DerKrikorian   on behalf of Creditor   Cenlar FSB ecfmail@mwc-law.com
        Celine P. DerKrikorian   on behalf of Creditor   Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
        Daniel P. Foster   on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster   on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        Michael S. Jan Janin   on behalf of Creditor   Mountain Laurel Federal Credit Union
         mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 11