**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2020

IN RE:

| | |
|---|---|
| JOSHUA WALTER NEALL<br>JENNIFER JANE NEALL<br>2104 ROUTE 957<br>RUSSELL,  PA  16345<br>XXX-XX-4946          Debtor(s)<br><br>XXX-XX-3298 | Case No.15-10874 TPA<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,358.69<br>COMMENT: C7GOVasUNS*$1358@0%MDF/PL@SEC@SYNCHRONY-HUSQVARNA CNSMR*DKT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3139 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 2    INT %: 3.25%<br>Court Claim Number: 2<br>CLAIM: 26,455.30<br>COMMENT: 26407@3.25%MDF/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6395 |
| **MCCABE WEISBERG & CONWAY PC**<br>(FORMERLY CELINE P DERKRIKORIAN ESQ)<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LOAN SERVICING LLC/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*979/PL*1ST/SCH*DKT4-LMT*BGN 9/15*FR LAKEVIEW C/O CENLAR-DOC | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1675 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 5    INT %: 3.25%<br>Court Claim Number: 4<br>CLAIM: 21,596.48<br>COMMENT: C$GOV*21464@3.25%MDF/PL*GM FNNCL/SCH*910-DAY-CLM*W/24*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9024 |
| **SHEFFIELD FINANCIAL/B B & T***<br>ATTN BKRPTCY SECTION / 100-50-01-51<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,533.98<br>COMMENT: 3522@0%MDF/PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0332 |
| **ACL LABS**<br>1526 PEACH ST<br>ERIE, PA 16501-2104 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2977 |
| **ARIS PROFESSIONAL CREDIT CONTROL**<br>3333 SOUTH ARLINGTON RD<br>AKRON, OH 44312 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3641 |
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY 14702-1132 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WCA HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5994 |
| **CENTRAL CREDIT AUDIT INC**<br>THE WOODRING STATION<br>100 N 3RD ST - POB 735<br>SUNBURY, PA 17801 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WARREN RDLGY ASSOC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9518 |

| Creditor | Trustee Claim | Court Claim | Account / Claim / Comment |
|---|---|---|---|
| **CREDITECH**<br>POB 99*<br>BANGOR, PA 18013 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ST VINCENT INST/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9881 |
| **HRRG**<br>PO BOX 189053<br>PLANTATION, FL 33318-9053 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0903 |
| **MOUNTAIN LAUREL FCU***<br>413 S MICHAEL ST<br>PO BOX 193<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 8,492.72<br>COMMENT: 1/63950 PER CL*5004/SCH*NO LAST PMT/CHARGE OFF DATE*LOAN DTD 3/11/14 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3950 |
| **OPTIMUM OUTCOMES**<br>2651 WARRENVILLE RD STE 500<br>DOWNERS GROVE, IL 60515 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTER BANKS HOSPITAL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0976 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WARREN GNRL HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1813 |
| **PREMIER ANESTHESIA OF NEW YORK**<br>PO BOX 405739<br>ATLANTA, GA 30384-5700 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2594 |
| **RECEIVABLE MANAGEMENT**<br>7206 HULL ST RD STE<br>NORTH CHESTERFIELD, VA 23235 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 113.35<br>COMMENT: 8683/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5506 |
| **OUTER BANKS THA EMERGENCY DEPT**<br>C/O REVENUE RECOVERY CORP<br>PO BOX 50250<br>KNOXVILLE, TN 37950-0250 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,318.00<br>COMMENT: 9105/SCH*MEDICAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1283 |
| **ST VINCENT INSTITUTE*++**<br>C/O MEDICAL RECEIVABLES MGT<br>3530 PEACH ST LL1<br>ERIE, PA 16508 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0090 |
| **UNITED REFINING CO**<br>213 2ND AVE<br>POB 599<br>WARREN, PA 16365-0599 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,338.23<br>COMMENT: 9190/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3298 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **WACOPSE FEDERAL CREDIT UNION**\*\*<br>413 S MICHAEL ST<br>PO BOX 193<br>ST MARYS, PA 15857 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **WEISFIELD JEWELERS**<br>ATTN: BANKRUPTCY<br>POB 3680<br>AKRON, OH 44309 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8651 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **WESTERN NEW YORK UROLOGY ASSOCIATES**<br>POB 8000<br>DEPT 645<br>BUFFALO, NY 14267 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5291 | CLAIM: 0.00<br>COMMENT: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9024 | CLAIM: 0.00<br>COMMENT: PD@CID 5*454.85=ARRS/CL*GM FNNCL/SCH*910-DAY-CLM*W/5 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1675 | CLAIM: 2,638.23<br>COMMENT: CL 9 ARRS GOV*$0/PL*THRU 8/15*FR LAKEVIEW C/O CENLAR-DOC 70 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1675 | CLAIM: 500.00<br>COMMENT: NT/PL*NTC POSTPET FEE/EXP*REF CL*FR LAKEVIEW LOAN C/O CENLAR-DOC 70* |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE |