Certificate Number: 02998-PAW-DE-034793786

Bankruptcy Case Number: 15-10874



02998-PAW-DE-034793786

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2020, at 9:09 o'clock PM EDT, Joshua W Neall completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 20, 2020            By:   /s/Angela Zinnerman

                                   Name:   Angela Zinnerman

                                   Title:   Counselor