# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/14/20 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JOSHUA WALTER NEALL<br>JENNIFER JANE NEALL<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  JOSHUA WALTER NEALL<br>JENNIFER JANE NEALL<br><br>       Respondents | Case No. 15-10874TPA<br><br>Chapter 13<br><br>Document No. 78 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this \_\_\_14th\_\_\_ day of September, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ellwood National Forge Company
Attn: Payroll Manager
1 Front St
Irvine, PA 16329

is hereby ordered to immediately terminate the attachment of the wages of JOSHUA WALTER NEALL, social security number XXX-XX-4946. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOSHUA WALTER NEALL.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joshua Walter Neall  
Jennifer Jane Neall  
    Debtors

Case No. 15-10874-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Sep 14, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.  
db/jdb        +Joshua Walter Neall,  Jennifer Jane Neall,  2104 Route 957,  Russell, PA 16345-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:

       Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC  
         ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
       Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com,  
         ecfmail@ecf.courtdrive.com  
       Celine P. DerKrikorian    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com  
       Celine P. DerKrikorian    on behalf of Creditor    Cenlar FSB ecfmail@mwc-law.com  
       Daniel P. Foster    on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com,  
         katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com,  
         katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC  
         bkgroup@kmllawgroup.com  
       Michael S. Jan Janin    on behalf of Creditor    Mountain Laurel Federal Credit Union  
         mjanjanin@quinnfirm.com,  
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                  TOTAL: 11