## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 15-10874-TPA** |
| | : | |
| **Joshua Walter Neall and,** | : | **CHAPTER 13** |
| **Jennifer Jane Neall,** | : | |
| **Debtors,** | : | |
| _____: | : | **MOTION NO.: WO - 1** |
| **Joshua Walter Neall,** | : | |
| **Movant,** | : | **RELATED TO DOCKET NO.: 80** |
| | : | |
| **vs.** | : | |
| | : | |
| **Ellwood National Forge Company,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>September 17, 2020</u>

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

### MATRIX

**ELLWOOD NATIONAL FORGE COMPANY**
**1 FRONT STREET**
**IRVINE, PA 16329**