Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Joshua Walter Neall** : | Case No. 15−10874−TPA |
| **Jennifer Jane Neall** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 89 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/6/21 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 27th of October, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 89 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before December 11, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***January 6, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                                                    Thomas P. Agresti, Judge
                                                    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 15-10874-TPA
Joshua Walter Neall                                                          Chapter 13
Jennifer Jane Neall
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1              User: jmar              Page 1 of 4
Date Rcvd: Oct 27, 2020           Form ID: 300b           Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Walter Neall, Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |
| 14106260 | + | ACL, PO Box 740631, Cincinnati OH 45274-0631 |
| 14106261 |   | ARIS / Professional Credit Control, 3333 South Arlington Road, Akron OH 44312 |
| 14095488 | + | Aes/wacopse Federal Credit Union, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14095498 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14095497 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14095499 |   | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14095502 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14095501 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14106262 | + | HRRG, PO Box 189053, Plantation FL 33318-9053 |
| 14166812 | + | Lakeview Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095504 | ++ | MANSFIELD UNIVERSITY OF PENNSYLVANIA, CONTROLLER S OFFICE, 200 MEMORIAL HALL, 20 STRAUGHN DRIVE, MANSFIELD PA 16933-1613 address filed with court:, Mansfield U, Alumni Hall, Mansfield, PA 16933 |
| 14095505 |   | Mansfield University, Rm G-11 Alumni Hall, Mansfield, PA 16933 |
| 14148538 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 14095506 | + | Mountain Laurel Fcu, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 14095507 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14108047 | + | Mountain Laurel Federal Credit Union, 117 Pennsylvania Avenue West, Warren, PA 16365-2514 |
| 14164536 |   | OUTER BANKS THA EMERGENCY DEPARTMENT, Revenue Recovery Corporation, PO Box 50250, Knoxville, TN 37950-0250 |
| 14095508 | #+ | Optimum Outcomes Inc, 2651 Warrenville Rd Ste, Downers Grove, IL 60515-5559 |
| 14106263 | + | Premier Anesthesia of New York, PO Box 405739, Atlanta GA 30384-5700 |
| 14095512 | + | Revenue Recovery Corp, Po Box 50250, Knoxville, TN 37950-0250 |
| 14095515 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14095518 | + | Slc Conduit I Llc, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095520 | + | Stu Ln Trust, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095535 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 90 Crystal Run Rd Ste 31, Middletown, NY 10941 |
| 14095533 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14095538 | + | Wacopse Fcu, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095539 | + | Wacopse Federal Cr, Po Box 783, Warren, PA 16365-0783 |
| 14095540 | + | Wacopse Federal Cr Un, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095541 | + | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14095543 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14095542 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 14095544 |   | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 14106265 | + | Western New York Urology Associates, LLC, PO Box 8000, Deptartment 645, Buffalo NY 14267-0002 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0315-1 | User: jmar | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 69 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:17:39 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095489 | + Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14111023 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2020 02:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095490 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:00 | American Eagle GECRB, Ge Capital Retail Bank/Attention: Bankru, Po Box 103104, Roswell, GA 30076-9104 |
| 14095491 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:25 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095492 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:09 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095493 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:56 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14095494 | + Email/Text: matthartweg@cbjcredit.com | Oct 28 2020 02:27:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14095495 | + Email/Text: nailda@centralcreditaudit.com | Oct 28 2020 02:28:00 | Central Credit Audit, Po Box 735, Sunbury, PA 17801-0735 |
| 14095496 | + Email/Text: clientservices@credit-control.com | Oct 28 2020 02:26:00 | Central Loan Admin & R, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095500 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank/Maurices, Attention: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14095503 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2020 02:24:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14951537 | Email/Text: camanagement@mtb.com | Oct 28 2020 02:24:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14095511 | + Email/Text: colleen.atkinson@rmscollect.com | Oct 28 2020 02:28:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 14100014 | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:17:39 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095514 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Sams Club / GEMB, Po Box 965005, Orlando, FL 32896-5005 |
| 14095513 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:00 | Sams Club / GEMB, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14107755 | Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14095517 | + Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Fn, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14095516 | + Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Fn, Bb&T/Attn: Bankruptcy Department, Po Box 1847, Wilson, NC 27894-1847 |
| 14095519 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:20:14 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14095521 | + Email/Text: bankruptcy@swmc.com | Oct 28 2020 02:26:00 | Sun West Mortgage Co I, 18303 Gridley Rd, Cerritos, CA 90703-5400 |
| 14095522 | + Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-1 | User: jmar | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2020 01:15:48 | Syncb/husqvarna Consum, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095524 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14095523 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14095525 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095526 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:17 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095528 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:17 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14095527 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14095530 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:17 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14095529 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Synchrony Bank/Sams Club, Gecrb/Sams Club, Po Box 103104, Roswell, GA 30076-9104 |
| 14095531 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:01 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095532 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:48 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14095537 | + | Email/Text: jsprentz@urc.com | Oct 28 2020 02:28:00 | United Refining, Po Box 599, Warren, PA 16365-0599 |
| 14095536 | + | Email/Text: jsprentz@urc.com | Oct 28 2020 02:28:00 | United Refining, 15 Bradley St., Warren, PA 16365-3299 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14137747 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095534 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14095509 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14095510 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14106264 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie PA 16508-2768 |
| 14095545 | ##+ | Wells Fargo, 711 W Broadway Rd, Tempe, AZ 85282-1218 |
| jdb | *+ | Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |

TOTAL: 4 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-1 | User: jmar | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 69 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ann E. Swartz
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com

Celine P. DerKrikorian
    on behalf of Creditor Cenlar FSB ecfmail@mwc-law.com

Daniel P. Foster
    on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Michael S. Jan Janin
    on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com
    knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11