**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSHUA WALTER NEALL
    JENNIFER JANE NEALL
           Debtor(s)

    Ronda J. Winnecour
     Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:15-10874 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/21/2015  and confirmed on 10/30/15 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 132,678.50 |
| Less Refunds to Debtor | 1,917.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 130,761.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,000.00 | |
| Trustee Fee | 5,916.51 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,916.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 1675 | 0.00 | 60,033.52 | 0.00 | 60,033.52 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 1675 | 2,638.23 | 2,638.23 | 0.00 | 2,638.23 |
| SHEFFIELD FINANCIAL/B B & T*<br>Acct: 0332 | 3,533.98 | 3,533.98 | 0.00 | 3,533.98 |
| MOUNTAIN LAUREL FCU*<br>Acct: 6395 | 26,455.30 | 26,455.30 | 2,275.91 | 28,731.21 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 9024 | 21,596.48 | 21,596.48 | 1,865.60 | 23,462.08 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 9024 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 118,399.02 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA WALTER NEALL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA WALTER NEALL<br>Acct: | 1,011.70 | 1,011.70 | 0.00 | 0.00 |
| JOSHUA WALTER NEALL<br>Acct: | 905.80 | 905.80 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| LAKEVIEW LOAN SERVICING LLC<br>Acct: 1675 | 500.00 | 500.00 | 0.00 | 500.00 |
| | | | | 500.00 |
| **Unsecured** | | | | |
| MIDLAND FUNDING LLC<br>Acct: 3139 | 1,358.69 | 317.09 | 0.00 | 317.09 |
| ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |

15-10874 TPA                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2977 | | | | |
| ARIS PROFESSIONAL CREDIT CONTROL· | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3641 | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5994 | | | | |
| CENTRAL CREDIT AUDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9518 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9881 | | | | |
| HRRG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0903 | | | | |
| MOUNTAIN LAUREL FCU* | 8,492.72 | 1,982.02 | 0.00 | 1,982.02 |
| Acct: 3950 | | | | |
| OPTIMUM OUTCOMES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0976 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1813 | | | | |
| PREMIER ANESTHESIA OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2594 | | | | |
| RECEIVABLE MANAGEMENT | 113.35 | 26.45 | 0.00 | 26.45 |
| Acct: 5506 | | | | |
| OUTER BANKS THA EMERGENCY DEPT | 1,318.00 | 307.59 | 0.00 | 307.59 |
| Acct: 1283 | | | | |
| ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| UNITED REFINING CO | 1,338.23 | 312.32 | 0.00 | 312.32 |
| Acct: 3298 | | | | |
| WACOPSE FEDERAL CREDIT UNION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| WEISFIELD JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8651 | | | | |
| WESTERN NEW YORK UROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5291 | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,945.47 |

TOTAL PAID TO CREDITORS                                                        121,844.49

TOTAL CLAIMED
PRIORITY          500.00
SECURED        54,223.99
UNSECURED      12,620.99


Date: 10/26/2020                            /s/ Ronda J. Winnecour

                                            RONDA J WINNECOUR PA ID #30399
                                            CHAPTER 13 TRUSTEE WD PA
                                            600 GRANT STREET
                                            SUITE 3250 US STEEL TWR
                                            PITTSBURGH, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOSHUA WALTER NEALL
    JENNIFER JANE NEALL
         Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:15-10874 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 15-10874-TPA

Joshua Walter Neall                                                                                       Chapter 13

Jennifer Jane Neall

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                                             User: jmar                                              Page 1 of 4

Date Rcvd: Oct 27, 2020                                   Form ID: pdf900                                   Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Walter Neall, Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |
| 14106260 | + | ACL, PO Box 740631, Cincinnati OH 45274-0631 |
| 14106261 | | ARIS / Professional Credit Control, 3333 South Arlington Road, Akron OH 44312 |
| 14095488 | + | Aes/wacopse Federal Credit Union, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14095498 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14095497 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14095499 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14095502 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14095501 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14106262 | + | HRRG, PO Box 189053, Plantation FL 33318-9053 |
| 14166812 | + | Lakeview Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095504 | ++ | MANSFIELD UNIVERSITY OF PENNSYLVANIA, CONTROLLER S OFFICE, 200 MEMORIAL HALL, 20 STRAUGHN DRIVE, MANSFIELD PA 16933-1613 address filed with court:, Mansfield U, Alumni Hall, Mansfield, PA 16933 |
| 14095505 | | Mansfield University, Rm G-11 Alumni Hall, Mansfield, PA 16933 |
| 14148538 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 14095506 | + | Mountain Laurel Fcu, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 14095507 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14108047 | + | Mountain Laurel Federal Credit Union, 117 Pennsylvania Avenue West, Warren, PA 16365-2514 |
| 14164536 | | OUTER BANKS THA EMERGENCY DEPARTMENT, Revenue Recovery Corporation, PO Box 50250, Knoxville, TN 37950-0250 |
| 14095508 | #+ | Optimum Outcomes Inc, 2651 Warrenville Rd Ste, Downers Grove, IL 60515-5559 |
| 14106263 | + | Premier Anesthesia of New York, PO Box 405739, Atlanta GA 30384-5700 |
| 14095512 | + | Revenue Recovery Corp, Po Box 50250, Knoxville, TN 37950-0250 |
| 14095515 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14095518 | + | Slc Conduit I Llc, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095520 | + | Stu Ln Trust, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095535 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 90 Crystal Run Rd Ste 31, Middletown, NY 10941 |
| 14095533 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14095538 | + | Wacopse Fcu, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095539 | + | Wacopse Federal Cr, Po Box 783, Warren, PA 16365-0783 |
| 14095540 | + | Wacopse Federal Cr Un, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095541 | + | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14095543 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14095542 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 14095544 | | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 14106265 | + | Western New York Urology Associates, LLC, PO Box 8000, Deptartment 645, Buffalo NY 14267-0002 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

District/off: 0315-1 | User: jmar | Page 2 of 4
Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 69

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:17:39 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095489 | + Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14111023 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2020 02:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095490 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:01 | American Eagle GECRB, Ge Capital Retail Bank/Attention: Bankru, Po Box 103104, Roswell, GA 30076-9104 |
| 14095491 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:09 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095492 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:25 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095493 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:25 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14095494 | + Email/Text: matthartweg@cbjcredit.com | Oct 28 2020 02:27:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14095495 | + Email/Text: nailda@centralcreditaudit.com | Oct 28 2020 02:28:00 | Central Credit Audit, Po Box 735, Sunbury, PA 17801-0735 |
| 14095496 | + Email/Text: clientservices@credit-control.com | Oct 28 2020 02:26:00 | Central Loan Admin & R, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095500 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank/Maurices, Attention: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14095503 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 28 2020 02:24:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14951537 | Email/Text: camanagement@mtb.com | Oct 28 2020 02:24:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14095511 | + Email/Text: colleen.atkinson@rmscollect.com | Oct 28 2020 02:28:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 14100014 | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:17:39 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095514 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:01 | Sams Club / GEMB, Po Box 965005, Orlando, FL 32896-5005 |
| 14095513 | + Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:01 | Sams Club / GEMB, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14107755 | Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14095517 | + Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Fn, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14095516 | + Email/Text: bankruptcy@bbandt.com | Oct 28 2020 02:25:00 | Sheffield Fn, Bb&T/Attn: Bankruptcy Department, Po Box 1847, Wilson, NC 27894-1847 |
| 14095519 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:17:38 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14095521 | + Email/Text: bankruptcy@swmc.com | Oct 28 2020 02:26:00 | Sun West Mortgage Co I, 18303 Gridley Rd, Cerritos, CA 90703-5400 |
| 14095522 | + Email/PDF: gecsedi@recoverycorp.com | | |

| | | Oct 28 2020 01:14:01 | Syncb/husqvarna Consum, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095524 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14095523 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14095525 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095526 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:02 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095528 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14095527 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14095530 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14095529 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:15:48 | Synchrony Bank/Sams Club, Gecrb/Sams Club, Po Box 103104, Roswell, GA 30076-9104 |
| 14095531 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095532 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 28 2020 01:14:01 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14095537 | + Email/Text: jsprentz@urc.com | | |
| | | Oct 28 2020 02:28:00 | United Refining, Po Box 599, Warren, PA 16365-0599 |
| 14095536 | + Email/Text: jsprentz@urc.com | | |
| | | Oct 28 2020 02:28:00 | United Refining, 15 Bradley St., Warren, PA 16365-3299 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14137747 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095534 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14095509 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14095510 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14106264 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie PA 16508-2768 |
| 14095545 | ##+ | Wells Fargo, 711 W Broadway Rd, Tempe, AZ 85282-1218 |
| jdb | *+ | Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |

TOTAL: 4 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Cenlar FSB ecfmail@mwc-law.com |
| Daniel P. Foster | on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Michael S. Jan Janin | on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11