**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 15-10874-TPA |
| | : | |
| **Joshua Walter Neall and** | : | **CHAPTER 13** |
| **Jennifer Jane Neall,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.: 93** |
| **M&T Bank as servicer for** | : | |
| **Lakeview Loan Servicing LLC,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Joshua Walter Neall and** | : | |
| **Jennifer Jane Neall,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

The Chapter 13 Plan payment amount dated September 14, 2015 is sufficient to fund the Chapter 13 Plan moving forward. Debtor's attorney has reviewed the existing Plan and finds that the existing payment is adequate. The current payment amount is **$999.85** The new post-petition monthly payment payable to **Lakeview Loan Servicing LLC** is **$1010.77**, effective **December 1, 2020** per the escrow notice filed **November 10, 2020.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: <u>November 16, 2020</u> | <u>/s/ Daniel P. Foster, Esquire</u> |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices |
|  | 1210 Park Avenue |
|  | Meadville, PA 16335 |
|  | Phone: 814.724.1165 |
|  | Fax: 814.724.1158 |