**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joshua Walter Neall** | Social Security number or ITIN  **xxx–xx–4946** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer Jane Neall** | Social Security number or ITIN  **xxx–xx–3298** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–10874–TPA**

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua Walter Neall                                             Jennifer Jane Neall

12/18/20                                                               **By the court:**    <u>Thomas P. Agresti</u>
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua Walter Neall  
Jennifer Jane Neall  
    Debtor(s)

Case No. 15-10874-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 5  
Date Rcvd: Dec 18, 2020      Form ID: 3180W      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Walter Neall, Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |
| 14106260 | + | ACL, PO Box 740631, Cincinnati OH 45274-0631 |
| 14106261 | | ARIS / Professional Credit Control, 3333 South Arlington Road, Akron OH 44312 |
| 14095488 | + | Aes/wacopse Federal Credit Union, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14095499 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14095502 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14095501 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14106262 | + | HRRG, PO Box 189053, Plantation FL 33318-9053 |
| 14166812 | + | Lakeview Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095504 | ++ | MANSFIELD UNIVERSITY OF PENNSYLVANIA, CONTROLLER S OFFICE, 200 MEMORIAL HALL, 20 STRAUGHN DRIVE, MANSFIELD PA 16933-1613 address filed with court:, Mansfield U, Alumni Hall, Mansfield, PA 16933 |
| 14095505 | | Mansfield University, Rm G-11 Alumni Hall, Mansfield, PA 16933 |
| 14148538 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 14095506 | + | Mountain Laurel Fcu, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 14095507 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14108047 | + | Mountain Laurel Federal Credit Union, 117 Pennsylvania Avenue West, Warren, PA 16365-2514 |
| 14164536 | | OUTER BANKS THA EMERGENCY DEPARTMENT, Revenue Recovery Corporation, PO Box 50250, Knoxville, TN 37950-0250 |
| 14095508 | #+ | Optimum Outcomes Inc, 2651 Warrenville Rd Ste, Downers Grove, IL 60515-5559 |
| 14106263 | + | Premier Anesthesia of New York, PO Box 405739, Atlanta GA 30384-5700 |
| 14095518 | + | Slc Conduit I Llc, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095520 | + | Stu Ln Trust, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095535 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 90 Crystal Run Rd Ste 31, Middletown, NY 10941 |
| 14095538 | + | Wacopse Fcu, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095539 | + | Wacopse Federal Cr, Po Box 783, Warren, PA 16365-0783 |
| 14095540 | + | Wacopse Federal Cr Un, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095541 | + | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14095543 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14095542 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 14095544 | | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 14106265 | + | Western New York Urology Associates, LLC, PO Box 8000, Deptartment 645, Buffalo NY 14267-0002 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 15-10874-TPA   Doc 98   Filed 12/20/20   Entered 12/21/20 00:43:50   Desc Imaged
                              Certificate of Notice        Page 4 of 7

| District/off: 0315-1 | User: culy | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Dec 19 2020 06:03:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095489 | + EDI: GMACFS.COM | Dec 19 2020 06:03:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14111023 | + EDI: PHINAMERI.COM | Dec 19 2020 06:03:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095490 | + EDI: RMSC.COM | Dec 19 2020 06:03:00 | American Eagle GECRB, Ge Capital Retail Bank/Attention: Bankru, Po Box 103104, Roswell, GA 30076-9104 |
| 14095498 | EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14095491 | + EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095492 | + EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095493 | + EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14095494 | + Email/Text: matthartweg@cbjcredit.com | Dec 19 2020 02:53:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14095495 | + Email/Text: nailda@centralcreditaudit.com | Dec 19 2020 02:53:00 | Central Credit Audit, Po Box 735, Sunbury, PA 17801-0735 |
| 14095496 | + Email/Text: clientservices@credit-control.com | Dec 19 2020 02:52:00 | Central Loan Admin & R, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095497 | + EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14095500 | + EDI: WFNNB.COM | Dec 19 2020 06:03:00 | Comenity Bank/Maurices, Attention: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14095503 | + EDI: PHINAMERI.COM | Dec 19 2020 06:03:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14951537 | Email/Text: camanagement@mtb.com | Dec 19 2020 02:51:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14095511 | + Email/Text: colleen.atkinson@rmscollect.com | Dec 19 2020 02:53:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 14100014 | EDI: RECOVERYCORP.COM | Dec 19 2020 06:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095512 | + Email/Text: bankruptcytn@wakeassoc.com | Dec 19 2020 02:51:00 | Revenue Recovery Corp, Po Box 50250, Knoxville, TN 37950-0250 |
| 14095514 | + EDI: RMSC.COM | Dec 19 2020 06:03:00 | Sams Club / GEMB, Po Box 965005, Orlando, FL 32896-5005 |
| 14095513 | + EDI: RMSC.COM | | |

| District/off: 0315-1 | User: culy | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 73 |

| | | | Dec 19 2020 06:03:00 | Sams Club / GEMB, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
|---|---|---|---|---|
| 14095515 | + | EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14107755 | | Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14095517 | + | Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Fn, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14095516 | + | Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Fn, Bb&T/Attn: Bankruptcy Department, Po Box 1847, Wilson, NC 27894-1847 |
| 14095519 | + | EDI: NAVIENTFKASMSERV.COM | Dec 19 2020 06:03:00 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14095521 | + | Email/Text: bankruptcy@swmc.com | Dec 19 2020 02:52:00 | Sun West Mortgage Co I, 18303 Gridley Rd, Cerritos, CA 90703-5400 |
| 14095522 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Syncb/husqvarna Consum, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095524 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14095523 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14095525 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095526 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095528 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14095527 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14095530 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14095529 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Sams Club, Gecrb/Sams Club, Po Box 103104, Roswell, GA 30076-9104 |
| 14095531 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095532 | + | EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14095534 | | EDI: TFSR.COM | Dec 19 2020 06:03:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14095533 | + | EDI: WTRRNBANK.COM | Dec 19 2020 06:03:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14095537 | + | Email/Text: jsprentz@urc.com | Dec 19 2020 02:53:00 | United Refining, Po Box 599, Warren, PA 16365-0599 |
| 14095536 | + | Email/Text: jsprentz@urc.com | Dec 19 2020 02:53:00 | United Refining, 15 Bradley St., Warren, PA 16365-3299 |
| 14095545 | + | EDI: WFFC.COM | Dec 19 2020 06:03:00 | Wells Fargo, 711 W Broadway Rd, Tempe, AZ 85282-1218 |

TOTAL: 46

| District/off: 0315-1 | User: culy | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 73 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14137747 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095509 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14095510 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14106264 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie PA 16508-2768 |

TOTAL: 4 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Cenlar FSB ecfmail@mwc-law.com |
| Daniel P. Foster | on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Michael S. Jan Janin | on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com |

mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 12