FILED
12/18/20 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOSHUA WALTER NEALL
JENNIFER JANE NEALL
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-10874 TPA

Chapter 13

Document No.: 89

### ORDER OF COURT

AND NOW, this \_\_\_18th\_\_\_ day of \_\_December\_\_, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT
_____
U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10874-TPA |
| Joshua Walter Neall | Chapter 13 |
| Jennifer Jane Neall | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 4 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Walter Neall, Jennifer Jane Neall, 2104 Route 957, Russell, PA 16345-3518 |
| 14106260 | + | ACL, PO Box 740631, Cincinnati OH 45274-0631 |
| 14106261 | | ARIS / Professional Credit Control, 3333 South Arlington Road, Akron OH 44312 |
| 14095488 | + | Aes/wacopse Federal Credit Union, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14095498 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14095497 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14095499 | | Cnty Ntl Bk, Market & Second, Clearfield, PA 16830 |
| 14095502 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14095501 | + | Creditech/Cbalv, Attn:Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14106262 | + | HRRG, PO Box 189053, Plantation FL 33318-9053 |
| 14166812 | + | Lakeview Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095504 | ++ | MANSFIELD UNIVERSITY OF PENNSYLVANIA, CONTROLLER S OFFICE, 200 MEMORIAL HALL, 20 STRAUGHN DRIVE, MANSFIELD PA 16933-1613 address filed with court:, Mansfield U, Alumni Hall, Mansfield, PA 16933 |
| 14095505 | | Mansfield University, Rm G-11 Alumni Hall, Mansfield, PA 16933 |
| 14148538 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 14095506 | + | Mountain Laurel Fcu, 413 S Michael St, Saint Marys, PA 15857-1742 |
| 14095507 | + | Mountain Laurel Federal Credit Union, 413 South Michael Street, Saint Marys, PA 15857-1742 |
| 14108047 | + | Mountain Laurel Federal Credit Union, 117 Pennsylvania Avenue West, Warren, PA 16365-2514 |
| 14164536 | | OUTER BANKS THA EMERGENCY DEPARTMENT, Revenue Recovery Corporation, PO Box 50250, Knoxville, TN 37950-0250 |
| 14095508 | #+ | Optimum Outcomes Inc, 2651 Warrenville Rd Ste, Downers Grove, IL 60515-5559 |
| 14106263 | + | Premier Anesthesia of New York, PO Box 405739, Atlanta GA 30384-5700 |
| 14095515 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14095518 | + | Slc Conduit I Llc, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095520 | + | Stu Ln Trust, 701 East 60th Stre, Sioux Falls, SD 57104-0432 |
| 14095535 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 90 Crystal Run Rd Ste 31, Middletown, NY 10941 |
| 14095533 | + | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14095538 | + | Wacopse Fcu, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095539 | + | Wacopse Federal Cr, Po Box 783, Warren, PA 16365-0783 |
| 14095540 | + | Wacopse Federal Cr Un, 117 Pennsylvania Ave W, Warren, PA 16365-2514 |
| 14095541 | + | Weisfield Jewelers/Sterling Jewelers Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14095543 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14095542 | + | Weisfield Jewelers/Sterling Jewelers Inc, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 14095544 | | Wells Fargo, 1 Home Campus X2303-01a, Des Moines, IA 50326 |
| 14106265 | + | Western New York Urology Associates, LLC, PO Box 8000, Deptartment 645, Buffalo NY 14267-0002 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0315-1 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 69 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2020 03:07:08 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095489 | + Email/Text: ally@ebn.phinsolutions.com | Dec 19 2020 02:51:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14111023 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2020 02:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095490 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:11:11 | American Eagle GECRB, Ge Capital Retail Bank/Attention: Bankru, Po Box 103104, Roswell, GA 30076-9104 |
| 14095491 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:11:14 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095492 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:11:14 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14095493 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:11:14 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14095494 | + Email/Text: matthartweg@cbjcredit.com | Dec 19 2020 02:53:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14095495 | + Email/Text: nailda@centralcreditaudit.com | Dec 19 2020 02:53:00 | Central Credit Audit, Po Box 735, Sunbury, PA 17801-0735 |
| 14095496 | + Email/Text: clientservices@credit-control.com | Dec 19 2020 02:52:00 | Central Loan Admin & R, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14095500 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2020 02:51:00 | Comenity Bank/Maurices, Attention: Bankruptcy, Po Box 182686, Columbus, OH 43218-2686 |
| 14095503 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2020 02:51:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14951537 | Email/Text: camanagement@mtb.com | Dec 19 2020 02:51:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14095511 | + Email/Text: colleen.atkinson@rmscollect.com | Dec 19 2020 02:53:00 | Receivable Management, 7206 Hull Street Rd Ste, North Chesterfield, VA 23235-5826 |
| 14100014 | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2020 03:02:32 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14095512 | + Email/Text: bankruptcytn@wakeassoc.com | Dec 19 2020 02:51:00 | Revenue Recovery Corp, Po Box 50250, Knoxville, TN 37950-0250 |
| 14095514 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Sams Club / GEMB, Po Box 965005, Orlando, FL 32896-5005 |
| 14095513 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Sams Club / GEMB, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14107755 | Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14095517 | + Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Fn, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14095516 | + Email/Text: bankruptcy@bbandt.com | Dec 19 2020 02:52:00 | Sheffield Fn, Bb&T/Attn: Bankruptcy Department, Po Box 1847, Wilson, NC 27894-1847 |
| 14095519 | + Email/PDF: pa_dc_claims@navient.com | Dec 19 2020 03:11:20 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14095521 | + Email/Text: bankruptcy@swmc.com | Dec 19 2020 02:52:00 | Sun West Mortgage Co I, 18303 Gridley Rd, |

| District/off: 0315-1 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 14095522 | + | Email/PDF: gecsedi@recoverycorp.com | | Cerritos, CA 90703-5400 |
| | | | Dec 19 2020 03:02:21 | Syncb/husqvarna Consum, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095524 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:11:12 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14095523 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Synchrony Bank/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 14095525 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095526 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14095528 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:01 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14095527 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:02 | Synchrony Bank/Lowes, Attention: Bankruptcy Department, Po Box 103104, Roswell, GA 30076-9104 |
| 14095530 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:02 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14095529 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:02 | Synchrony Bank/Sams Club, Gecrb/Sams Club, Po Box 103104, Roswell, GA 30076-9104 |
| 14095531 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:07:02 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14095532 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:11:12 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14095537 | + | Email/Text: jsprentz@urc.com | Dec 19 2020 02:53:00 | United Refining, Po Box 599, Warren, PA 16365-0599 |
| 14095536 | + | Email/Text: jsprentz@urc.com | Dec 19 2020 02:53:00 | United Refining, 15 Bradley St., Warren, PA 16365-3299 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Lakeview Loan Servicing, LLC |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | | Mountain Laurel Federal Credit Union |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14137747 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14095534 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14095509 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14095510 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14106264 | ##+ | Saint Vincent Institute, 3530 Peach Street LL1, Erie PA 16508-2768 |
| 14095545 | ##+ | Wells Fargo, 711 W Broadway Rd, Tempe, AZ 85282-1218 |

TOTAL: 4 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 4 of 4 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 69 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

**Name**           **Email Address**

Alexandra Teresa Garcia
　　on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ann E. Swartz
　　on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
　　on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
　　on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com

Celine P. DerKrikorian
　　on behalf of Creditor Cenlar FSB ecfmail@mwc-law.com

Daniel P. Foster
　　on behalf of Debtor Joshua Walter Neall dan@mrdebtbuster.com
　　katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
　　on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC dan@mrdebtbuster.com,
　　katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
　　on behalf of Joint Debtor Jennifer Jane Neall dan@mrdebtbuster.com
　　katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Michael S. Jan Janin
　　on behalf of Creditor Mountain Laurel Federal Credit Union mjanjanin@quinnfirm.com
　　mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 12